894

No. 222, Misc. NICHOLS v. RAGEN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 223, Misc. STORY v. BURFORD, WARDEN. District Court of Bryan County, Oklahoma. Certiorari denied.

No. 224, Misc. GOULD v. NEW YORK. Supreme Court of New York, First Department. Certiorari denied. Petitioner *pro se. Nathaniel L. Goldstein,* Attorney General of New York, *Wendell P. Brown,* Solicitor General, and *Irving I. Waxman,* Assistant Attorney General, for respondent.

No. 243, Misc. BALDRIDGE v. RAGEN, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 697, October Term, 1947. ALKER ET AL. v. FEDERAL DEPOSIT INSURANCE CORP., 334 U. S. 827. Motion for leave to file a fourth petition for rehearing denied.

No. 344. KESSLER v. McGLONE, EXECUTOR, ET AL., *ante,* p. 860. Rehearing denied.

No. 42, Misc. EATON v. RAGEN, WARDEN, *ante,* p. 832. Second petition for rehearing denied.

No. 73, Misc. ROBERTS v. CALIFORNIA, *ante,* p. 847. Rehearing denied.

No. 153, Misc. SMITH v. HOWARD, WARDEN, *ante,* p. 856. Rehearing denied.